FILED
3/11/2015 3:06:38 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

ACCEPTED
04-15-00117-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 10:54:51 AM
KEITH HOTTLE
CLERK



# Strasburger
### ATTORNEYS AT LAW

March 11, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 10:54:51 AM
KEITH E. HOTTLE
Clerk

JUDITH R. BLAKEWAY
210.250.6001
judith.blakeway@strasburger.com

## SUPPLEMENTAL REQUEST FOR DOCUMENTS
## TO BE INCLUDED IN CLERK'S RECORD

TO:    Ms. Donna Kay McKinney
      Bexar County District Clerk
      Paul Elizondo Tower
      101 W. Nueva, Suite 217
      San Antonio, Texas 78205

FR:    Judith R. Blakeway
      Attorney for Defendant Rhino Contractors, LLC

RE:    Defendants' Supplemental Request for Documents to be Included in Clerk's Record for Cause No. 2014–CI–15870, *Vulcan Construction Materials, LP v. Rhino Contractors, LLC*, in the District Court for the 288th Judicial District of Bexar County, Texas

The following items were not included with the clerk's record filed in the Court of Appeals on March 5, 2015. Please file a supplemental record including them.

| | | |
|---|---|---|
| 1. | 10/07/14 | Citation |
| 2. | 10/27/14 | Vulcans' Motion for Substituted Service T.R.C.P. Rules 106(b) and 501.2(b) |
| 3. | 11/12/14 | Return of Citation |
| 4. | 12/11/14 | Official Notice that a Judgment/Order/ Decree was Signed by the Honorable David A Canales |
| 5. | 12/11/14 | Notice of Default Judgment |
| 6. | 03/11/15 | Defendant's request for preparation of the clerk's record dated March 11, 2015 |
| 7. | 03/11/15 | Defendant's supplemental request for preparation of the clerk's record dated March 11, 2015 |

Thank you for your assistance in this regard.

**Strasburger & Price, LLP**

2301 Broadway | San Antonio, Texas 78215- 1157 | 210.250.6000 tel | 210.250.6100 fax | www.strasburger.com

Austin | Collin County | Dallas | Houston | San Antonio | New York | Washington, D.C. | Mexico City - Strasburger & Price, SC

# Strasburger
### ATTORNEYS AT LAW

Respectfully submitted,

STRASBURGER & PRICE, LLP

BY: _____

EDWARD F. VALDESPINO
State Bar No. 20424700
edward.valdespino@strasburger.com
JUDITH R. BLAKEWAY
State Bar No. 02434400
Judith.Blakeway@strasburger.com
2301 Broadway
San Antonio, Texas 78215
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

**ATTORNEYS FOR DEFENDANT
RHINO CONTRACTORS, LLC**

1782936.1/SPSA/36984/0101/031115



# Strasburger
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2015, a true and correct copy of the above and foregoing Request for Documents to be Included in the Clerk's Record has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Robert W. Wachsmuth
bob@rwwattorneys.com
Zachary J. Fanucchi
zach@rwwattorneys.com
Robert Wachsmuth & Associates, PC
9311 San Pedro Ave., Suite 707
San Antonio, Texas 78216
Telephone:    (210) 342–2707
Facsimile:    (210) 342–2701

*Attorneys for Plaintiff Vulcan Construction Materials, LP*

JUDITH R. BLAKEWAY

1782936.1/SPSA/36984/0101/031115